# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| Christopher Coates | ) 1:21-mj-00066 |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 24, 2020 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute Methamphetamine |
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/Derek Heller
*Complainant's signature*

Derek Heller, TFO/ DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone *(reliable electronic means)*

Date: 1/26/2021

City and state: Indianapolis, Indiana

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT**

I, Derek Heller, a Task Force Officer with the Drug Enforcement Administration (DEA), Indianapolis, Indiana, being duly sworn, state as follows:

**INTRODUCTION**

1. I, Derek Heller, am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

2. I have been employed as a Patrolman with the Brownsburg Indiana Police Department (hereinafter "BPD") since November 2001. I am currently assigned to the Drug Enforcement Administration Indianapolis District Office (hereinafter "DEA IDO") as a federally deputized Task Force Officer (hereinafter "TFO") and have been so assigned since September 2014. The DEA IDO is a multi-agency task force that investigates major narcotics trafficking organizations. The DEA IDO is comprised of Special Agents and/or Officers from the Drug Enforcement Administration (DEA), Brownsburg Police Department, Bartholomew County Sheriff's Department, Indiana State Police, Bloomington, Indiana Police Department, and the Cumberland, Indiana Police Department.

3. As a Detective with the Brownsburg Police Department, assigned to the DEA IDO, I have investigated illicit controlled substance trafficking in central Indiana. I have had formal training and experience in controlled substance investigations and am familiar with the manner in which controlled substances are packaged, marketed, and consumed. I have received training in the identification of the various types of controlled substances. During the course of

1

my employment, I have become familiar with the ordinary meaning of controlled substance slang and jargon. I am familiar with the manners and techniques of traffickers in controlled substances as practiced locally and elsewhere. I have participated in several aspects of drug investigations including electronic surveillance, debriefing defendants, informants and witnesses, conducting surveillance, and the execution of judicially authorized search warrants. I have been involved in more than one-hundred arrests for drug possession and/or dealing controlled substance violations. In connection with my official DEA duties, I investigate criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code.

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

5. This affidavit is submitted in support of a request for the issuance of a criminal complaint and arrest warrant for Christopher COATES, for the offense of Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Unlawful Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the proposed arrest warrant and complaint.

## **FACTS**

6. On November 24, 2020 Indianapolis Metropolitan Police Department (IMPD) Interdiction Detective Steve Brinker conducted a traffic stop on a 2000 black Ford Expedition bearing Indiana license plate TK813NVS. Detective Brinker was in full police uniform and operating a fully marked police vehicle. At approximately 11:00 A.M., Detective Brinker performed the traffic stop of the Expedition near 9600 E. 38th Street, Indianapolis, Indiana, for a traffic infraction. Your affiant personally witnessed this infraction and relayed the information to a uniformed officer – in this case, Detective Brinker – who could legally perform a traffic stop.

7. Detective Brinker identified the driver of the Expedition as Christopher COATES. During the course of the investigation into the traffic infraction, Detective Brinker saw what he knew through his training and experience to be a burnt marijuana cigarette on top of a beverage can in a drink holder within the vehicle. There was also a female juvenile in the vehicle who had been reported as a runaway / missing person.

8. COATES was removed from the Expedition. COATES was searched and Detective Brinker felt a small chunk like object which he immediately knew through his training and experience to be narcotics, and confirmed it was a crystalline substance by peering into COATES' pants pocket. Detective Brinker placed COATES under arrest at this time and read him *Miranda* warnings.

9. IMPD Detective Miguel Roa who was also on scene conducted an open-air sniff of the vehicle with his K9 partner Panda. Detective Roa stated that Panda gave a positive alert for the odor of narcotics. Detective Roa is currently assigned as a Narcotics Detector Canine

Handler in the IMPD, Criminal Interdiction Section. Detective Roa's K9 partner Panda has been certified as a narcotics detection K9 and has over six years of service. In addition, K9 Panda and Detective Roa are certified yearly by the American Working Dogs Association as a narcotics detection K9 team, being last certified October 07, 2020.

10. Detectives noticed a black zipped bag attached to COATES' person. After COATES' arrest and advice of rights, detectives removed the bag and searched it incident to arrest. Within, detectives located approximately 125 net grams of methamphetamine, along 114 grams of suspected marijuana, $2,100 in United States Currency, and a black Samsung Galaxy S8 cell phone. Your affiant knows through his training and experience that the weight of the recovered methamphetamine is consistent with possession with intent for later distribution. The presence of the large amount of United States currency in close proximity to the methamphetamine is another factor in support of that conclusion.

11. DEA TFO Derek Heller and Special Agent (SA) Brent Arthur were called to the scene to interview COATES. COATES was read his *Miranda* warnings and admitted the methamphetamine was his. TFO Heller and SA Arthur took custody of the methamphetamine and cell phone.

12. The methamphetamine was sent to the DEA laboratory for analysis. The results of the analysis showed the methamphetamine was 87% pure and there was 108 grams of pure methamphetamine.

13. TFO Heller then obtained a state search warrant through Hancock County, Indiana for COATES residence, a 1985 Mallard RV bearing Indiana registration R816GZ located at 2573 West 100 North, Greenfield, Indiana, within the Southern District of Indiana.

The RV is registered in the State of Indiana to COATES.  Agents have observed COATES at the RV on multiple occasions, including shortly before the traffic stop.  Agents observed COATES utilize a key to unlock and lock the RV.  A key was located on COATES' key ring during the traffic stop and agents utilized this key to open the RV during the search warrant.

14. During the search of the RV, agents located several items, including two (2) firearms and multiple documents with the name Christopher COATES.  Agents seized the two firearms, which are more particularly described as follows: one (1) DB model DB380, .380 caliber handgun, serial number ZH9798, and one (1) Deerfield model 67X 12-gauge pump shotgun, with no serial number.

15. COATES was previously convicted of three counts of Felon in Possession of a Firearm on or about September 3, 2013, all in violation of Title 18, United States Code, Section 922(g)(1), as well as one count of Violent Felon in Possession of Body Armor, in violation of Title 18, United States Code, Section 931(a).  The conviction occurred in the United States District Court for the Southern District of Indiana, with judgment entered on September 10, 2013, under Case Number 1:12-cr-00201-JMS-MJD-01.  In addition to this federal conviction, COATES has other convictions in the State of Indiana for crimes punishable by more than one year.  At the time of these offenses, COATES had knowledge of his convictions and his status as a prohibited person.

16. The ATF Indianapolis Office processed the two firearms seized from COATES RV and determined that both firearms were manufactured outside of the State of Indiana.

## CONCLUSION

Based upon the above described facts, information, observations, and training, your Affiant believes probable cause exists to charge and arrest Christopher COATES for Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Unlawful Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

/s/ Derek Heller
Derek Heller
Task Force Officer
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by telephone.

Date: 1/26/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana